# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. J. BRENDAN DAY |
| v. | : | 25-mj-5026 (JBD) |
| DYLAN SANTOS and PETER SANTOS | : | **ORDER FOR CONTINUANCE** |

    1.    This matter came before the Court on the joint application of Alina Habba, United States Attorney for the District of New Jersey (Richard G. Shephard, Assistant U.S. Attorney, appearing), and defendants Dylan Santos (by Adam Axel, Esq., appearing) and Peter Santos (by John Holliday, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through September 30, 2025.

    2.    This Court granted one § 3161(h)(7)(A) continuance previously in this case.

    3.    Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

    4.    Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

    5.    The defendants know that they have the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after their arrest.

- 2 -

6. The defendants, through counsel, have consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

   a. Plea negotiations may soon commence, and both the United States and the defendants desire additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary;

   b. The failure to grant such a continuance would deny counsel for the defendants or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

   c. The defendants have consented to the aforementioned continuance;

   d. The grant of a continuance will likely conserve judicial resources; and

   e. Thus, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from the date this Order is signed through September 30, 2025; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

Date: 7/28/2025

_____
HON. J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE

Form and entry consented to:

_____
Richard G. Shephard
Assistant United States Attorney

/s/ Adam Axel
_____
Adam Axel, Esq.
Counsel for Dylan Santos

_____
Martha K. Nye
Attorney-in-Charge
Trenton Branch Office

_____
John Holliday, Esq.
Counsel for Peter Santos